AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BANKERS LIFE AND CASUALTY COMPANY,

                Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

                v.

DARLENE VIGIL and F. JOEL THOMAS,

                                      CASE NUMBER: CV-12-5161-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant F. Joel Thomas pursuant to the Court's Order filed February 5, 2013, ECF No. 12.

2/5/2013                                                                    SEAN F. McAVOY
*Date*                                                                        *Clerk*

                                                                               s/ Cora Vargas
                                                                               *(By) Deputy Clerk*
                                                                               Cora Vargas